FormCACB van109a–ods521ab
Rev. 06/2017

# United States Bankruptcy Court
## Central District of California

### 255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL PURSUANT TO 11 U.S.C. § 521(i)(1) FOR FAILURE TO FILE COPIES OF PAYMENT ADVICES (PAY STUBS) REQUIRED UNDER § 521(a)(1)(B)(iv)

**DEBTOR INFORMATION:**
Juan Carlos Mojica

**BANKRUPTCY NO.** 2:20–bk–16508–WB

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–8897
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 9/10/20

**Address:**
4861 Gage Ave
Bell, CA 90201

The debtor has not made a request pursuant to 11 U.S.C. § 521(i)(3) within 45 days after the date of the filing of the petition that resulted in the Court's allowing the debtor an additional period to file such information; and

The trustee has not filed a motion before the expiration of the 45–day period that resulted in the Court's declining to dismiss the case upon a finding that the debtor attempted in good faith to file all the information required by 11 U.S.C. § 521(i)(1) (B)(iv) and that the best interests of creditors would be served by administration of the case;

Therefore, IT IS ORDERED that:

1) Pursuant to 11 U.S.C. § 521(i)(1), the case is dismissed, the automatic stay is vacated, and all pending motions and adversary proceedings are moot and dismissed, effective the 46th day after the date of the filing of the petition.

2) Any discharge entered in this case is hereby vacated in its entirety.

3) The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: September 10, 2020

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court